UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN LABORERS PENSION FUND,
WISCONSIN LABORERS HEALTH FUND,
WISCONSIN LABORERS DISTRICT COUNCIL,
WISCONSIN LABORERS LECET FUND,
and MICHAEL R. RYAN,

WISCONSIN CARPENTERS PENSION FUND,
WISCONSIN CARPENTERS HEALTH FUND,
NORTHERN WISCONSIN REGIONAL COUNCIL OF
CARPENTERS VACATION FUND, NORTHERN
WISCONSIN REGIONAL COUNCIL OF CARPENTERS
APPRENTICESHIP & JOURNEYMAN TRAINING FUND,
NORTHERN WISCONSIN REGIONAL COUNCIL OF
CARPENTERS, LABOR MANAGEMENT COOPERATIVE
TRUST FUND, CONTRACT ADMINISTRATION FUND
and BRIAN GENTRY

Plaintiffs,

Case No. 06-C-0752-S

vs.

PREFERRED CONCRETE & EXCAVATING, INC.,

Defendant.

---

ORDER FOR JUDGMENT

---

Based on the pleadings, including the Stipulation to Reopen and for Judgment, signed by the parties,

**IT IS HEREBY ORDERED**, that the above-captioned action is hereby REOPENED.

**IT IS FURTHER ORDERED**, that judgment shall be entered in favor of the Plaintiffs

-1-

and against Defendant in the total sum of $19,406.25, plus post-judgment statutory interest, until satisfied.

Dated this 26th of February 2008.

*Barbara B. Crabb*
Judge, United States District Court,
Western District of Wisconsin

Judgment entered this 3rd day of March, 2008.

*Theresa M. Owens*
THERESA M. OWENS, CLERK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN